IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MANZODULUA TIYA** | ) |
| *Plaintiff,* | ) |
| V. | ) CASE NO.: 1:14-CV-01314-RGV |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | ) |
| *Defendant.* | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, PLAINTIFF Manzodulua and DEFENDANT State Farm Fire and Casualty Company, (collectively "the Parties") by and through the undersigned attorneys, hereby stipulate that the Parties voluntarily **DISMISS WITH PREJUDICE** this action against Defendant **STATE FARM FIRE AND CASUALTY COMPANY.** The Parties expressly acknowledge that the dismissal of this action is WITH prejudice and that Stipulation should not be interpreted as having any other effect than as stated herein. The Stipulation should not be considered "without prejudice" in accordance with Fed. R. Civ. P. 41(a)(1)(B).

INASMUCH, the Parties have agreed to take sole responsibility for their own attorney's fees.

This 13th day of January 2015.

                                        Respectfully submitted,

<u>/s/ Precious Anderson</u>
Ms. Precious Anderson
The Anderson Firm, LLC
1100 Spring Street, Ste. 730
Atlanta, GA   30309

<u>/s/ James E. Dearing, Jr.</u>
James E. Dearing, Jr., Esq.
James E. Dearing, Jr., P.C.
730 Peachtree Street, N.E.
Suite 560
Atlanta, GA   30308

SWIFT CURRIE MCGHEE & HIERS

<u>/s/ Mark T. Dietrichs</u>
<u>/s/ Jessica M. Phillips</u>
Mark T. Dietrichs
Georgia State Bar No. 221712
mark.dietrichs@swiftcurrie.com
Jessica M. Phillips
Georgia State Bar No. 922902
jessica.phillips@swiftcurrie.com
***Attorneys for Defendants, State Farm Fire and Casualty Company***

The Peachtree – Suite 300
1355 Peachtree Street, NE
Atlanta, GA   30309
OFF: (404) 874-8800
FAX: (404) 888-6199

2896103v.1